IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND REVIERE, J-10293, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> RONALD M. GEORGE, Chief Justice ) <br> of the State of California, et al., ) <br> ) <br> Defendant(s). ) <br> ) | No. C 10-5370 CRB (PR) <br><br> ORDER OF DISMISSAL |

      Plaintiff, a prisoner at Centinela State Prison, has filed a pro se civil rights complaint under 42 U.S.C. § 1983 challenging the June 9, 2010 denial of his state habeas petition as untimely by the California Supreme Court. He seeks an order declaring that the high state court erred and compelling it to rule on the merits of his underlying claims.

      Unfortunately for plaintiff, it is well-established that lower federal courts are without subject matter jurisdiction to review state court decisions; state court litigants may only obtain federal review of state court decisions by filing a petition for a writ of certiorari in the Supreme Court of the United States. See District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 486-87 (1983); Rooker v. Fidelity Trust Co., 263 U.S. 413, 416 (1923). Put simply, the Rooker-Feldman doctrine bars federal district courts "from exercising subject matter jurisdiction over a suit that is a de facto appeal from a state court judgment." Kougasian v. TMSL, Inc., 359 F.3d 1136, 1139 (9th Cir. 2004).

1  For the foregoing reasons, the complaint is DISMISSED for want of
2  subject matter jurisdiction under the authority of 28 U.S.C. § 1915A(b).
3  The clerk shall enter judgment in accordance with this order, terminate all
4  pending motions as moot, and close the file.
5  SO ORDERED.
6  DATED:  Dec. 3, 2010
                                                 CHARLES R. BREYER
7                                                United States District Judge

G:\PRO-SE\CRB\CR.10\Reviere, R1.dismissal.wpd

2